UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14061-CR-MOORE/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVON SHOLTZ,

    Defendant.
_____/

REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSIONS TO VIOLATION NUMBERS 1 AND 2 AS SET FORTH IN THE
PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court for a final hearing on April 10, 2018 with respect to the Petition for Summons for Offender under Supervision (the "Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

1. Defendant appeared before this Court on April 10, 2018 for a final hearing on the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 20, 2018, in Highlands County, Florida, the defendant did commit the offense of knowingly driving while license suspended or revoked, third or subsequent conviction, contrary to Florida Statute 322.34(2)(c). |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law.  On or about February 20, 2018, in Highlands County, Florida, the defendant did commit the offense of giving a false name or identification to law enforcement, contrary to Florida Statute 901.36(1). |

2. After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 1 and 2 as set forth in the Petition.  This Court questioned

Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing with respect to the alleged violations. Defendant acknowledged that he understood his rights and further understands that if this Court accepts his admissions all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The possible maximum penalties faced by Defendant were read into the record by the Government, and Defendant stated that he understood those penalties.

4. The Government provided a factual basis for Defendant's admissions to Violation Numbers 1 and 2. The Government proffered that on February 20, 2018, Defendant was stopped for speeding in Highlands County, Florida. During the traffic stop, Defendant informed the officer that he did not have his driver's license on him. The officer asked Defendant to write down his name and personal information on a sheet of paper. Defendant identified himself as James E. Sholtz. The officer ran a check on the name James E. Sholtz, which showed a valid driver's license. However, the photograph of James E. Sholtz did not match Defendant. When the officer confronted Defendant about his identity, Defendant identified himself as Javon Sholtz. Defendant told the officer that he gave the wrong name because he knew his driver's license was suspended. The officer then ran a driver's license check on the name Javon Sholtz, which confirmed Defendant's driver's license was suspended, and that he had three previous convictions for driving with a suspended license. This Court finds that the Government's proffer sets forth a sufficient basis to support Defendant's admissions to Violation Numbers 1 and 2.

**ACCORDINGLY**, based upon Defendant's admissions to Violation Numbers 1 and 2 of the Petition under oath, this Court recommends to the District Court that Defendant be found to have violated his supervised release with respect to Violation Numbers 1 and 2, and that a

sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the Chief United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 10th day of April, 2018.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Carmen Lineberger
AFPD Panayotta Augustin-Birch
USPO Amanda Maghan