**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 06-14061-CR-MOORE/MAYNARD**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JAVON SHOLTZ,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION ON THE PETITION FOR**
**WARRANT FOR OFFENDER UNDER SUPERVISION (DE 85)**

    **THIS CAUSE** having come before the Court for an evidentiary hearing on October 8, 2021 with respect to the Petition for Warrant for Offender under Supervision (the "Petition") (DE 85), and this Court having convened a hearing, recommends to the District Court as follows:

    1.    Defendant appeared before this Court for a final hearing on the Petition.  The hearing was convened via video teleconference on the Zoom platform. At the hearing's outset, Defendant was advised of his right to appear in person for the proceeding.  Defendant acknowledged that he understands that right and, after consultation with counsel, agreed to waive that right and consented to have the hearing conducted through video teleconference.  Having discussed the matter with the Defendant, this Court finds that his waiver of in person appearance and consent to proceed through video teleconference is knowing and voluntary.   The Court also finds, pursuant to the CARES Act, H.R. 788, and the Court's Administrative Orders In re: Coronavirus Public Emergency, that this hearing cannot be further delayed without serious harm to the interests of justice.

2.      The Petition alleges the following Violation of supervised release:

**Violation Number 1**                 **Violation of Mandatory Condition**, by failing to refrain from violation of the law.  On or between March 10, 2020 and March 11, 2020, in Okeechobee County, Florida, the defendant did commit child abuse by intentional infliction of mental or physical injury, contrary to Florida Statute 827.03(2)(c).

3.      The Government proffered that the Defendant was investigated by the Okeechobee Police Department and the Florida Department of Children and Families for physically abusing his then five year old child on or about March 10 and 11, 2020.  The Government submitted Government's Exhibit 1, which may be found in the record at DE 92-1, which was admitted without objection.  Exhibit 1 is the Judgment and Sentence in *State v. Jovon Travias Sholtz*, Case No. 472020CF000181A, in the Circuit Court for Okeechobee County, Florida.  Exhibit 1 shows that Defendant was adjudicated guilty of child abuse by intentional infliction of mental or physical injury in violation of FL ST 827.03(2)(c).  The Government proffered that this conviction resulted from the above referenced investigation.

4.      The Defendant did not seek to cross-examine any witnesses.  Defendant also did not present any witnesses or evidence.  The Court advised the Defendant of his rights in this regard, and Defendant agreed that he did not wish to cross-examine witnesses, or present any witnesses or evidence.

5.      This Court has considered the Government's evidence, which was admitted without objection or cross-examination, and finds that it establishes by a preponderance of the evidence that the Defendant committed Violation Number 1.

6.      The possible maximum penalties faced by the Defendant were read into the record, and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant be found to have violated his supervised release with respect to Violation Number 1, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.  Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this <u>20th</u>  day of October, 2021.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE